DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31
3 OCTOBER 2013

| 416P13 | Jonathan Francis v. Judge John Doe | 1. Plt's *Pro Se* Motion for *Writ of Procedendo*<br><br>2. Plt's *Pro Se* Motion to Proceed *In Forma Pauperis* | 1. Dismissed<br><br>2. Allowed |
|---|---|---|---|
| 455A05-2 | State v. Abdul Francisco Hernandez | 1. Def's *Pro Se* Petition for *Writ of Certiorari* to Review the Order of Cumberland County Superior Court<br><br>2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis*<br><br>3. Def's *Pro Se* Motion to Appoint Counsel | 1. Dismissed<br><br>2. Allowed<br><br>3. Dismissed as Moot |
| 465P12-2 | Christopher M. Headen v. NC Office of Administrative Hearings and Donald W. Overby | Def's *Pro Se* Petition for *Writ of Mandamus* | Denied |
| 472P08-2 | Brenda Livesay, Trustee of Ronald Livesay and Brenda Livesay Family Trust dated March 26, 1998, Brenda Livesay, Guardian ad Litem for Candice Livesay and Ron Livesay, Jr., and Brenda Livesay, Individually v. Carolina First Bank, Safeco Corporation, First National Insurance Company of America, and E.K. Morley, Administrator C.T.A. of the Estate of Ronald B. Livesay, Deceased | 1. Plaintiff-Appellants' PDR Under N.C.G.S. § 7A-31 (COA12-1177)<br><br>2. L. Cooper Harrell's Motion to Withdraw As Counsel of Record | 1. Denied<br><br>2. Allowed<br><br>**Jackson, J. Recused** |
| 500P12-2 | State v. William Adam Payseur | Def's *Pro Se* Motion for PDR (COA11-692) | Denied |
| 526P07-3 | Mary E. Fulmore, Administrator of the Estate of Priscilla Ann Maultsby v. Gregory Howell and PFS Distribution Company, Inc. | Plt's PDR Under N.C.G.S. § 7A-31 (COA12-1384) | Denied |